# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

June 5, 2023

**VIA ECF**
Hon. Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: **Randy Aimone v. Investorflow, Inc., Investorflow, LLC, and Does 1 to 100**
**Case No. 1:23-cv-04239-DLC**

Dear Judge Cote:

We represent Defendants Investorflow, Inc. and Investorflow, LLC in the above-referenced matter which was recently transferred to Your Honor. We are writing on behalf of all Parties to request an adjournment of the Initial Pretrial Conference scheduled in this matter from June 8, 2023 to July 6, 2023. The reason for this request is to allow the Parties an opportunity to engage in discussions about the possibility of resolving this matter.

This is the first request for an adjournment or extension of time. All Parties consent to this requested adjournment.

On behalf of all Parties, we appreciate the Court's consideration of this request.

Respectfully submitted,

Joseph M. Martin
914-872-6892
joseph.martin@jacksonlewis.com
Jackson Lewis P.C.

*[Handwritten: The conference is adjourned to 7/6/23 at 3:00 pm.  
Denise Cote  
6/5/23]*

JMM

cc: Robert Fordiani, Esq. (Via ECF)
Angela Veronese, Esq. (Via ECF)
Mark S. Askanas, Esq. (Via ECF)
John T. Cigno, Esq. (Via ECF)