```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv4239(DLC)
RANDY AIMONE,                            :
                                         :    PRETRIAL
                         Plaintiff,      :    SCHEDULING ORDER
              -v-                        :
                                         :
INVESTORFLOW LLC, et al.,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the telephonic initial pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on July 6, 2023, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The plaintiff shall provide his medical release forms to the defendants by July 28, 2023.

2.  No additional parties may be joined or pleadings amended after July 28, 2023.

3.  The parties are instructed to contact the chambers of Magistrate Judge Netburn prior to July 14, 2023 in order to schedule settlement discussions under her supervision to occur no later than November 2023.

4.  All fact discovery must be completed by December 1, 2023.

5.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by December 15, 2023. Defendants' identification of experts and disclosure of expert testimony must occur by January 19, 2024.

6.  Expert discovery must be completed by February 9, 2024.

7.  The following motion will be served by the dates indicated below.

Any motion for summary judgment:

- Motion served by March 1, 2024
- Opposition served by March 22, 2024
- Reply served by April 5, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by March 1, 2024.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

SO ORDERED:

Dated:   New York, New York
         July 6, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge