```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
RANDY AIMONE,                            :
                                         :
                    Plaintiff,           :    23cv4239 (DLC)
         -v-                             :
                                         :         ORDER
INVESTORFLOW LLC, et al.,                :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 31, 2023, the defendants filed a motion to dismiss the amended complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **September 22, 2023.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **September 22, 2023.**  Defendants' reply, if any, shall be filed by **October 6, 2023.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 1, 2023

                                                      _____
                                                      DENISE COTE
                                        United States District Judge

2