```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANDY AIMONE,

                                      Plaintiff,

        -against-

INVESTORFLOW LLC, et al.,

                                   Defendants.
------------------------------------------------------------X

23-CV-04239 (DLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Tuesday, November 14, 2023, is RESCHEDULED for Tuesday, November 21, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

       Submission of *Ex Parte* Settlement Letters and Attendance Acknowledgment Forms are due by Tuesday, November 14, 2023, and are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     September 5, 2023
                New York, New York